UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY ALAN BURNS)

| | |
|---|---|
| **United States of America,** | Case No. 10-cr-3717-LAB |
| Plaintiff, | |
| v. | **Order Granting Unopposed Motion for Early Termination of Supervised Release** |
| **Paul Kirby Rodriguez,** | |
| Defendant. | |

Good cause appearing and based on the defendant's unopposed motion, (Dkt. No. 58), **it is hereby ordered** that the Unopposed Motion for Early Termination of Supervised Release be **GRANTED.** Accordingly, the supervised release imposed on defendant Paul Kirby Rodriguez is hereby terminated as of June 6, 2019 and he is hereby discharged from the remaining term of supervised release.

The Clerk is directed to send a copy of this order to the United States Probation Office.

**SO ORDERED.**

Dated: June 6, 2019

_____
**Honorable Larry Alan Burns**
Chief United States District Judge